IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 12-581-7 |
| | : |
| MONICA LAQUE | : |
| USM# 69311-066 | : |

## ORDER

AND NOW this 24th day of February, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 32 months, effective November 1, 2015.

BY THE COURT:

The Honorable J. Curtis Joyner
Senior United States District Court Judge